UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE DEAN BURGE                                CIVIL ACTION

VERSUS                                          NO: 12-0370

MICHAEL J. ASTRUE,                              SECTION: R
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having reviewed *de novo* the complaint,[1] defendant's motion to dismiss,[2] plaintiff's response in opposition,[3] and the Magistrate Judge's unopposed Report and Recommendation,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

As described in the Report and Recommendation, the equities in favor of tolling the deadline to review the final decision of the Commissioner of the Social Security Administration are sufficient to defeat defendant's motion to dismiss Burge's complaint as untimely. Although the Commissioner's refusal to extend the deadline for Burge to file fell within his discretion, *see* 42 U.S.C. § 405(g), the Supreme Court has held that "cases may arise where the equities in favor of tolling the limitations

---

[1]  R. Doc. 1.

[2]  R. Doc. 6.

[3]  R. Doc. 9.

[4]  R. Doc. 10.

period are so great that deference to the agency's judgment is inappropriate." *Bowen v. City of New York*, 476 U.S. 467, 480 (1986) (internal citation omitted). Burge's attorney withdrew less than two weeks before the deadline to file a complaint challenging the Commissioner's denial of benefits.[5] Further, Burge sent his complaint to the United States Attorney within the filing period, as he claims that he was instructed to do.[6] These actions indicate that deference to the Commissioner's decision not to extend the filing period is not warranted. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation that Commissioner's motion to be dismissed be DENIED.

New Orleans, Louisiana, this 23rd day of August, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 9 at 2.

[6] *Id.* at 3.