UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE DEAN BURGE                                   CIVIL ACTION

VERSUS                                             NO: 12-0370

MICHAEL J. ASTRUE,                                 SECTION: R
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**ORDER**

Before the Court is the Magistrate Judge's unopposed Report and Recommendation regarding plaintiff's failure to file a motion for summary judgment or to demonstrate good cause as to why his complaint should not be dismissed.[1] The Court, having reviewed *de novo* the record and the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiff's complaint is dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this 21st day of February, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 19.